UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM TIERNO, | : |
| Petitioner | : CIVIL ACTION NO. 3:24-790 |
| v. | : (JUDGE MANNION) |
| PA PAROLE BOARD, *et al.*, | : |
| Respondents | : |

## O R D E R

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. A certificate of appealability will not issue.

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

Dated:   September 17, 2025
24-790-01-order